**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Victor Alexander Ramos Hernandez,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-06326-PHX-SHD

**ORDER**

On September 4, 2026, Petitioner filed a Petition for Writ of Habeas Corpus challenging his immigration detention, (Doc. 1), and an Emergency Motion for Temporary Restraining Order and Injunctive Relief, (Doc. 2). The Court directed Respondent to respond to the Petition. (Doc. 4.) Respondents' response stated: "Respondents do not oppose Petitioner's requested relief for release from custody." (Doc. 7.) Upon review of the Response, and Petitioner's Reply (Doc. 8), the Court accepts Respondents' concession as non-opposition to granting Petitioner's habeas corpus petition and his request for release from custody. The Court will require Petitioner be released under the same conditions that existed prior to his detention.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to Petitioner's request for release from custody.

**IT IS FURTHER ORDERED** Respondents must **immediately** release Petitioner from custody under the same conditions that existed before his detention.

///

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

**IT IS FURTHER ORDERED** that Petitioner's Emergency Motion (Doc. 2) is denied as moot.

**IT IS FINALLY ORDERED** the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 11th day of September, 2026.

Honorable Sharad H. Desai
United States District Judge