**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Victor Alexander Ramos Hernandez,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-06326-PHX-SHD

**ORDER**

On September 16, 2026, Petitioner filed a Motion to Enforce Court Order, (Doc. 12), requesting that the Court order Respondents to "remove unlawful conditions imposed through an Order of Release on Recognizance." (Doc. 12 at 1.) The Court ordered that Respondents respond to Petitioner's Motion. (Doc. 13.) Respondents' Response stated that Immigration and Customs Enforcement ("ICE") is removing the conditions and Respondents moved to dismiss Petitioner's Motion as moot. (Doc. 14.) Petitioner's Reply confirmed that on September 21, 2026, ICE issued Petitioner a corrected Form I-220A rescinding the conditions that were the subject of the Motion, and therefore, Petitioner does not oppose dismissing the Motion as moot. (Doc. 15.)

Accordingly,

**IT IS ORDERED** that Petitioner's Motion to Enforce Court Order, (Doc. 12), is dismissed as moot.

Dated this 23rd day of September, 2026.

Honorable Sharad H. Desai
United States District Judge